UMAR ABDUL-SHADEED HUBBARD,
NAME
CDCR# T-36478
PRISON NUMBER
SOLEDAD STATE PRISON,
P.O. BOX 705
CURRENT ADDRESS OR PLACE OF CONFINEMENT
SOLEDAD Ca, 93960
CITY, STATE, ZIP CODE

**FILED**
Oct 20 2023
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY   s/ BreanneChandler   DEPUTY

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

UMAR ABDUL-SHADEED HUBBARD,
(FULL NAME OF PETITIONER)
PETITIONER

v.

G. Martinez, et al
(WARDEN) DEPARTMENT OF
(NAME OF WARDEN, SUPERINTENDENT, JAILOR, OR AUTHORIZED PERSON HAVING CUSTODY OF PETITIONER [E.G., DIRECTOR OF THE CALIFORNIA DEPARTMENT OF CORRECTIONS])

CORRECTIONS   RESPONDENT
and

R. Bota, State Attorney General
The Attorney General of the State of California, Additional Respondent.

Civil No   **'23CV1979 JLS DEB**
(TO BE FILLED IN BY CLERK OF U.S. DISTRICT COURT)

(Super. Ct. No. WHCSB2300031)
(Case No. E081534, Ct of Appeal, 4th)
(Ca. Supreme Ct. no. S281535)

PETITION FOR WRIT OF HABEAS CORPUS
MOTION FOR: PETITIONER REQUESTING FOR PETITION FOR REVIEW

UNDER 28 U.S.C. § 2254
BY A PERSON IN STATE CUSTODY

1. Name and location of the court that entered the judgment of conviction under attack: _____
   SUPERIOR COURT COUNTY OF SAN BERNARDINO

2. Date of judgment of conviction: 9/14/01

3. Trial court case number of the judgment of conviction being challenged: _____
   FWV012870

4. Length of sentence: 29 YEARS PLUS 15 TO LIFE:OR 15 TO LIFE PLUS 29 YEARS (DISCREPENCY)

5. Sentence start date and projected release date: __11/9/01 (UNKNOWN)__

6. Offense(s) for which you were convicted or pleaded guilty (all counts): __MURDER/ATTEMPTED MURDER__

7. What was your plea? (CHECK ONE)
    (a) Not guilty ☒
    (b) Guilty ☐
    (c) Nolo contendere ☐

8. If you pleaded not guilty, what kind of trial did you have? (CHECK ONE)
    (a) Jury ☒
    (b) Judge only ☐

9. Did you testify at the trial?
    ☐ Yes ☐ No

**DIRECT APPEAL**

10. Did you appeal from the judgment of conviction in the **California Court of Appeal**?
    ☒ Yes ☐ No

11. If you appealed in the **California Court of Appeal**, answer the following:
    (a) Result: __DENIED__
    (b) Date of result (if known): __N/A__
    (c) Case number and citation (if known): __FWV012870__
    (d) Grounds raised on direct appeal: ____

12. If you sought further direct review of the decision on appeal by the **California Supreme Court** (e.g., a Petition for Review), please answer the following:
    (a) Result: __DENIED__
    (b) Date of result (if known): __N/A__
    (c) Case number and citation (if known): __SAME AS ABOVE__
    (d) Grounds raised: ____

CIV 68 (Rev. Oct. 2015)

-2-

13. If you filed a petition for certiorari in the **United States Supreme Court**, please answer the following with respect to that petition:
    (a) Result: __DENIED__
    (b) Date of result (if known): __N/A__
    (c) Case number and citation (if known): __SAME AS ABOVE__

    (d) Grounds raised: _____

## COLLATERAL REVIEW IN STATE COURT

14. Other than a direct appeal from the judgment of conviction and sentence, have you previously filed any petitions, applications, or motions (e.g., a Petition for Writ of Habeas Corpus) with respect to this judgment in the **California Superior Court**?
    ☒ Yes ☐ No

15. If your answer to #14 was "Yes," give the following information:
    (a) **California Superior Court** Case Number (if known): __WHCSB2300031__
    (b) Nature of proceeding: __Writ Of Habeas Corpus__

    (c) Grounds raised: __Petitioner challenged the denial of parole by the Board of Parole Hearings on October 12, 2022, and cited numerous violations and mistreatment during the hearing and as part of the decision.__
    (d) Did you receive an evidentiary hearing on your petition, application or motion?
        ☐ Yes ☒ No
    (e) Result: __Denied__
    (f) Date of result (if known): __March 10, 2023__

16. Other than a direct appeal from the judgment of conviction and sentence, have you previously filed any petitions, applications, or motions (e.g., a Petition for Writ of Habeas Corpus) with respect to this judgment in the **California Court of Appeal**?
    ☒ Yes ☐ No

17. If your answer to #16 was "Yes," give the following information:
    (a) **California Court of Appeal** Case Number (if known): E081534 (WHCSB2300031)
    (b) Nature of proceeding: Petition For Writ Of Habeas Corpus
    (c) Grounds raised: Petitioner challenged the denial of Superior Court decision, in the interest of justice.
    (d) Did you receive an evidentiary hearing on your petition, application or motion?
        ☐ Yes  ☒ No
    (e) Result: Silent Denial
    (f) Date of result (if known): August 9, 2023

18. Other than a direct appeal from the judgment of conviction and sentence, have you previously filed any petitions, applications, or motions (e.g., a Petition for Writ of Habeas Corpus) with respect to this judgment in the **California Supreme Court**?
    ☒ Yes  ☐ No

19. If your answer to #18 was "Yes," give the following information:
    (a) **California Supreme Court** Case Number (if known): S281535 (E081534)
    (b) Nature of proceeding: Petition For Review
    (c) Grounds raised: Silent Denial From The California Court Of Appeal
    (d) Did you receive an evidentiary hearing on your petition, application or motion?
        ☒ Yes  ☐ No
    (e) Result: Silent Denial
    (f) Date of result (if known): September 27, 2023

20. If you did *not* file a petition, application or motion (e.g., a Petition for Review or a Petition for Writ of Habeas Corpus) with the **California Supreme Court**, containing the grounds raised in this federal Petition, explain briefly why you did not:

N/A

## COLLATERAL REVIEW IN FEDERAL COURT

21. Is this your **first** federal petition for writ of habeas corpus challenging this conviction? (Decision)
    ☒ Yes  ☐ No       (IF "YES" SKIP TO #22)
    (a) If no, in what federal court was the prior action filed? _____
        (i) What was the prior case number? _____
        (ii) Was the prior action (CHECK ONE):
            ☐ Denied on the merits?
            ☐ Dismissed for procedural reasons?
        (iii) Date of decision: _____
    (b) Were any of the issues in this current petition also raised in the prior federal petition?
        ☐ Yes  ☐ No
    (c) If the prior case was denied on the merits, has the Ninth Circuit Court of Appeals given you permission to file this second or successive petition?
        ☐ Yes  ☐ No

---

CAUTION:

- **Exhaustion of State Court Remedies:** In order to proceed in federal court you must ordinarily first exhaust your state court remedies by presenting your claims to the California Supreme Court. Even if you have exhausted some grounds by raising them before the California Supreme Court, you must first present *all* grounds to the California Supreme Court before raising them in your federal Petition.

- **Single Petition:** If you do not present all your grounds for challenging a specific judgment in this Petition, you may not be able to present additional grounds challenging the same judgment at a later date.

- **Factual Specificity:** You must state facts, not conclusions, in support of your grounds. For example, if you are claiming incompetence of counsel you must say what your attorney did wrong or failed to do. A rule of thumb to follow is — state who did exactly what to violate your federal constitutional rights at what time or place.

# GROUNDS FOR RELIEF

22. State *concisely* every ground on which you claim that you are being held in violation of the constitution, law or treaties of the United States. Summarize *briefly* the facts supporting each ground. (e.g. what happened during the state proceedings that you contend resulted in a violation of the constitution, law or treaties of the United States.) If necessary, you may attach pages stating additional grounds and/or facts supporting each ground.

   (a) **GROUND ONE**: PLEASE SEE ATTACHED PAGE FOR GROUND #1.

   Supporting FACTS:

   **Did you raise GROUND ONE in the California Supreme Court?**

   ☒ Yes ☐ No.

   If yes, answer the following:

   (1) Nature of proceeding (i.e., petition for review, habeas petition): PETITION FOR REVIEW
   (2) Case number or citation: )
   (3) Result (attach a copy of the court's opinion or order if available): (PETITIONER GIVEN SILENT DENIAL)

CIV 68 (Rev. Oct. 2015)

## GROUNDS FOR RELIEF

To the Honorable Justices, In And For The United States District Court Southern District OF California, comes now, Umar Abdul-Shadeed Hubbard, Petitioner in the above titled matter, respectfully requesting this Honorable Courthouse and, it's Honorable Justices for a Petition For Review, for the following reasons stated below. Petitioner appeared before The Board of Parole Hearing (BPH) for an initial Parole Suitability Hearing at The Correctional Training Facility in Soledad, California. It is the Petitioner's expressed belief, opinion, and judgement, based on the law, that he did not receive a fair and impartial hearing or hearing panel, <u>and his case was retried with allegations that were not supported by any court record or legal documents, and resulted in a denial of parole.</u>

Petitioner filed a Writ of Habeas Corpus with the Superior Court of California, County of San Bernardino, and received filing confirmation from said court on February 14, 2023 (case# WHCSB2300031). Petitioner waited more than 120 days to learn of the aforementioned court's decision. On June 5, 2023, Petitioner felt compelled to take the initiative to discover the status of the aforementioned case number, only to learn that said case was <u>CLOSED</u> as of March 10, 2023, without him receiving any notification (Petitioner's Writ Of Habeas Corpus had been denied). Petitioner contacted the institution's mail-room supervisor, who confirmed via documentation that no incoming mail came to Petitioner from said court after the February 14th filing confirmation. (see exhibit #2 of 4th District Court of Appeal).

Petitioner forwarded petition to the Fouth District Court of Appeal on June 12, 2023, in hope of relief, for the Honorable Judge Gregory S. Tavill concluded that Petitioner's failure to submit a <u>complete copy</u> of his psychological evaluation, and parole board hearing transcripts proved <u>fatal to the</u>

petition, when the matter could have been placed on a time constraint hold in the interest of justice to allow the Petitioner an opportunity to submit these complete copies (psychological evaluation/BPH transcripts) to the Honorable Judge's court. Unfortunately, the Fourth District Court of Appeal denied Petitioner's petition with a Silent Denial, as did the California State Supreme Court. The Petitioner further contends that, silent denials of a petitioner's appeal, Habeas Corpus, Motions, or what he/she may file in an Honorable Court, only deprives that person of their right to argue back against a Court's ruling with his/her objection(s), as what Petitioner was subjected to by the Honorable Fourth Appellate District Court in their denial of Petitioner's petition, as well as with the California State Supreme Court (also denied Petitioner's petition with a Silent Denial). The Fourth District Court of Appeal and The California State Supreme Court are protecting Prison Officials through Silent Denials, further subjecting prisoners to consequential damages.

A Habeas Petitioner is entitled to an evidentiary hearing if he has alleged: 1) facts which if proven, would entitle him to relief; and 2) a denial of the opportunity to fully and fairly develop those facts. (28 U.S.C. §2254(3)(2); Earp v. Ornoski, 431 F.3d 1158, 1167, (9th Cir. 2005). Facts alledged by Petitioner are specific facts in order to form the basis of his colorful claim for relief. (Tilcock v. Budge, 538 F.3d 1138, 1145 (9th Cir. 2008). Therefore, Petitioner is now submitting this petition in this Honorable Courthouse, respectfully requesting for a Petition For Review and any other relief that the Honorable Justices deem appropriate for the matter that is now at hand. Thank you.

Date: October 9, 2023    Sincerely: Umar Abdul-Shadeed Hubbard
                          Signature: _____



D. HUMDAHL T 36478
CTF-Soledad. P.O. Box 705
Facility-A. Lassen-A. 214. Low
Soledad, CA. 93960-0705

United States District Court
Southern District of California
221 W. Broadway
San Diego, CA. 92101

LEGAL / CONFIDENTIAL MAIL

10/12/2022  #70492  R. WEBB/US PM/J